UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JULIO ANGULO,<br><br>                          Plaintiff,<br>     v.<br><br>DIANA SULLIVAN, *et al.*,<br><br>                         Defendants. | Case No. 3:21-cv-00230-LRH-CLB<br><br>ORDER |

I. **DISCUSSION**

Plaintiff, a pro se prisoner, previously filed an application to proceed *in forma pauperis* and submitted a civil rights complaint and an amended civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF Nos. 1-1, 5, 6).

Plaintiff now files a motion for voluntary dismissal. (ECF No. 7). Pursuant to Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). The Court grants Plaintiff's motion to voluntarily dismiss this action because no responsive pleading has been filed in this case. Therefore, the Court dismisses this action without prejudice.

II. **CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion for voluntary dismissal (ECF No. 7) is granted.

1

IT IS FURTHER ORDERED that this action is dismissed in its entirety without prejudice.

IT IS FURTHER ORDERED that the application to proceed *in forma pauperis* (ECF No. 5) is denied as moot.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment accordingly and close this case.

DATED this 9th day of July, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE